1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  THERESA BROOKE,                          Case No.: 1:16-cv-1406 AWI JLT

12          Plaintiff,                        ORDER RELATING CASES

13      v.

14  H&K PARTNERSHIP, a California
    partnership dba Best Economy Inn & Suites,
15
            Defendant.
16
    THERESA BROOKE,                          Case No.: 1:16-cv-1407 LJO JLT
17
            Plaintiff,
18
        v.
19
    C & S CHONG INVESTMENT
20  CORPORATION, a California corporation
    dba La Quinta Inn Bakersfield North,
21
            Defendant.
22

23  THERESA BROOKE,                          Case No.: 1:16-cv-1408 DAD JLT

24          Plaintiff,

25      v.

26  JDS HOSPITALITY GROUP, LLC, a
    California limited liability company dba
27  Days Inn Bakersfield,

28          Defendant.

1

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1409 AWI JLT |
| Plaintiff, | |
| v. | |
| JHP HOSPITALITY GROUP, INC., a California corporation dba Ramada Limited Bakersfield North, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1410 LJO JLT |
| Plaintiff, | |
| v. | |
| D.P.R.L. INVESTMENTS, LLC, a California limited liability company dba Hotel Rosedale, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1411 DAD JLT |
| Plaintiff, | |
| v. | |
| KOO JIN HYUN & CHU MYUNG HEE, trustees of the KOO JIN HYUN & CHU MYUNG HEE TRUST dba Hampton Inn & Suites Bakersfield North-Airport, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1414 LJO JLT |
| Plaintiff, | |
| v. | |
| PRIME HOSPITALITY SERVICES, LLC, a California limited liability company dba Hampton Inn & Suites Bakersfield/Hwy 58, | |
| Defendant. | |

| | | |
|---|---|---|
| 1 | THERESA BROOKE, | Case No.: 1:16-cv-1415 LJO JLT |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | RP GOLDEN STATE MGT, LLC, a California limited liability company dba Garden Suites Inn, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | THERESA BROOKE, | Case No.: 1:16-cv-1416 LJO JLT |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | YEHS FAMILY REVOCABLE TRUST dba Rodeway Inn & Suites Bakersfield, | |
| 11 | | |
| 12 | Defendant. | |
| 13 | THERESA BROOKE, | Case No.: 1:16-cv-1449 LJO SKO |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | KPK, INC., a California corporation dba Travelodge Turlock, | |
| 17 | | |
| 18 | Defendant. | |
| 19 | THERESA BROOKE, | Case No.: 1:16-cv-1451 AWI BAM |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | S&B HOLDINGS TURLOCK, L.P., a California limited partnership dba Hampton Inn Turlock, | |
| 23 | | |
| 24 | Defendant. | |

3

| | | |
|---|---|---|
| 1 | THERESA BROOKE, | Case No.: 1:16-cv-1454 DAD SKO |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | LILJENQUIST MODESTO COMPANY, LLC, a California limited liability company dba Modesto Hotel, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | THERESA BROOKE, | Case No.: 1:16-cv-1455 DAD EPG |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | METRO HOSPITALITY SERVICES, INC., a California corporation dba Hampton Inn Fresno NW, | |
| 11 | | |
| 12 | Defendant. | |
| 13 | | |
| 14 | THERESA BROOKE, | Case No.: 1:16-cv-1456 LJO EPG |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | JAYESHKUMAR PATEL, an individual; PRAFULBHAI PATEL, an individual, both individuals dba Budget Inn Modesto, | |
| 18 | | |
| 19 | Defendant. | |
| 20 | THERESA BROOKE, | Case No.: 1:16-cv-1465 AWI SKO |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | KHATRI BROTHERS, L.P., a California limited partnership dba Clarion Modesto, | |
| 24 | | |
| 25 | Defendant. | |
| 26 | | |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1499 AWI MJS |
| Plaintiff, | |
| v. | |
| A&A TARZANA PLAZA, LP, a California limited partnership dba Hilton Garden Inn Clovis, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1502 DAD SKO |
| Plaintiff, | |
| v. | |
| AKSHAR, INC., a California corporation dba Parkside Inn Fresno, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1503 DAD SAB |
| Plaintiff, | |
| v. | |
| THANDI ENTERPRISES, LLC, a California limited liability company dba Holiday Inn Express Fresno, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1505 DAD BAM |
| Plaintiff, | |
| v. | |
| BHAGAT BHAVESH, an individual dba Rodeway Inn Fresno, | |
| Defendant. | |

| | | |
|---|---|---|
| 1 | THERESA BROOKE, | Case No.: 1:16-cv-1506 DAD SAB |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | FRESNO AIRPORT HOTELS, LLC, a California limited liability company dba Ramada Fresno Airport, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | | |
| | THERESA BROOKE, | Case No.: 1:16-cv-1508 LJO EPG |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | KAINTH BROTHERS, INC., a California corporation dba Country Inn Suites Fresno North, | |
| 11 | | |
| 12 | Defendant. | |
| 13 | | |
| 14 | THERESA BROOKE, | Case No.: 1:16-cv-1509 LJO SKO |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | SHIV HOTELS, LLC, a California limited liability company dba Hampton Inn Fresno, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | THERESA BROOKE, | Case No.: 1:16-cv-1510 LJO EPG |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | SHIV HOTELS, LLC, a California limited liability company dba Hampton Inn Fresno, | |
| 24 | Defendant. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

6

| | | |
|---|---|---|
| 1 | THERESA BROOKE, | Case No.: 1:16-cv-1511 LJO EPG |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | SHRIGI, INC., a California corporation dba Welcome Inn Fresno, | |
| 5 | Defendant. | |
| 6 | | |
| 7 | THERESA BROOKE, | Case No.: 1:16-cv-1520 LJO BAM |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | THE DAE SUNG & HEE JAE CHA TRUST dba Quality Inn Tulare, | |
| 11 | Defendant. | |
| 12 | | |
| 13 | THERESA BROOKE, | Case No.: 1:16-cv-1521 AWI BAM |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | HANFORD INVESTORS, INC., a California corporation dba Comfort Inn Hanford, | |
| 17 | | |
| 18 | Defendant. | |
| 19 | THERESA BROOKE, | Case No.: 1:16-cv-1522 LJO SAB |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | INTERLINK PROPERTIES L.P., a California limited partnership dba Hampton Inn Visalia, | |
| 23 | | |
| 24 | Defendant. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:16-cv-1529 DAD SAB |
| Plaintiff, | |
| v. | |
| NMA HOSPITALITY LLC, a California limited liability company dba La Quinta Tulare, | |
| Defendant. | |
| THERESA BROOKE, | Case No.: 1:16-cv-1530 DAD MJS |
| Plaintiff, | |
| v. | |
| TERRA INVESTMENTS I, LLC, a California limited liability company dba Charter Inn Suites, | |
| Defendant. | |

In each of the cases listed in the caption, the plaintiff complains that each of the defendants acted/failed to act in nearly the identical, if not the identical, manner related to compliance with the Americans with Disabilities Act.

The Court's review of the cases reveals that the actions are related, as that term is defined in Local Rule 123. The actions involve overlapping questions of law and fact and are based on the same or similar claim and assignment to the same Magistrate Judge is likely to effect a substantial savings of judicial effort.  Thus, the Court **ORDERS**:

1. Each of the cases noted above, SHALL be related;
2. Each of the cases, not already assigned to the docket of Magistrate Judge Jennifer L. Thurston, SHALL be reassigned with the assigned District Judge remaining the same.

IT IS SO ORDERED.

Dated:   **October 20, 2016**                **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE